UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

MARK DURBIN,

                Plaintiff,

vs.

SEAN O'DONNELL,

                Defendant.

C06-52 JCC

**MINUTE ORDER**

**REASSIGNING CASE**

      Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable John C. Coughenour, United States District Judge.

      All future documents filed in this case must bear the cause number C06-52 JCC and bear the Judge's name in the upper right hand corner of the document.

Dated this 10th day of February, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk